UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| INDIANA RECYCLING & RENEWABLE FUELS, LLC d/b/a ILLINOIS RECYCLING & RENEWABLE FUELS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:16-cv-272 |
| EARTH MANAGEMENT SERVICES OF ILLINOIS, INC.; CHICAGO HEIGHTS LAND MANAGEMENT, INC.; and ROBERT FOX, | ) ) ) ) | |
| Defendants. | ) ) | |

**APPEARANCE**

To the Clerk of this court and all parties of record:

I, Kirk A. Pinkerton, the below signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit Court and will faithfully adhere to them.  I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for INDIANA RECYCLING & RENEWABLE FUELS, LLC d/b/a ILLINOIS RECYCLING & RENEWABLE FUELS, Plaintiff.

June 29, 2016                                    Respectfully submitted,

HINSHAW & CULBERTSON LLP

By:  /s/ Kirk A. Pinkerton
Kirk A. Pinkerton (5747-45)
John R. Terpstra (27362-64)
Attorneys for Plaintiff
INDIANA RECYCLING & RENEWABLE
FUELS, LLC d/b/a ILLINOIS RECYCLING
& RENEWABLE FUELS
322 Indianapolis Blvd., Suite 201
Schererville, IN 46375
Phone No.: 219-864-5051
Fax No. 219-864-5052
Email Address:  kpinkerton@hinshawlaw.com
E-mail Address: jterpstra@hinshawlaw.com

25414278v1 0987241