UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| INDIANA RECYCLING & RENEWABLE FUELS, LLC d/b/a ILLINOIS RECYCLYING & RENEWABLE FUELS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:16-cv-272 |
| EARTH MANAGEMENT SERVICES OF ILLINOIS, INC.; CHICAGO HEIGHTS LAND MANAGEMENT, INC.; and ROBERT FOX, | ) ) ) ) | Judge Joseph S. Van Bokkelen |
| Defendants. | ) ) | Magistrate Judge Paul Cherry |

---

**EXHIBIT INDEX FOR MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

---

7.    Ill. EPA permit letter for construction no. 2011-149 DE dated October 7, 2011.

8.    Ill. EPA LPC-PA7 Application for Transfer of Solid Waste Permits dated November 25, 2013.

9.    Letter to Ill. EPA T. Dragovich from M. L. Smith as V.P. of Illinois Recycling & Renewable Fuels LLC dated October 4, 2013.

10.    Ill. EPA Certification of Authenticity dated November 25, 2013.

11.    Ill. EPA Notice of Incompleteness to Indiana Recycling & Renewable Fuels, LLC dated October 7, 2013.

12.    Ill. EPA Notice of Transfer to Chicago Heights Land Management, Inc. dated March 19, 2014.

13.    Ill. EPA 39(i) Certification (for a Person) For Operating a Waste Management Facility dated November 25, 2013.

14.    Ill. EPA 39(i) Certification (for a Legal Entity) For Operating a Waste Management Facility dated November 25, 2013.