# Exhibit 8

 **Illinois Environmental Protection Agency**

Bureau of Land • 1021 North Grand Avenue East • P.O. Box 19276 • Springfield. • Illinois • 62794-9276

## Application for the Transfer of Solid Waste Permits
## (LPC-PA7)

This form is to be used when the owner or operator of any existing permitted facility wishes to transfer ownership or the right to operate to another entity. Sale or transfer of the stock of a corporation does not require a permit transfer, however, the Agency must be notified of the sale or transfer of stock which changes the controlling interest of the facility. The General Form (LPC-PA1) must accompany this form. Note: Hand-delivered Permit applications must be delivered between 8:30 am and 5:00 pm, Monday through Friday (excluding State holidays) to:

> Bureau of Land, Permit Section, Mail Code #33
> 1021 North Grand Avenue East, P.O. Box 19276
> Springfield, IL 62794-9276

You may also complete this form online, save a copy locally, print, sign and submit it to the Bureau of Land, Permit Section at the above address.

We, the undersigned, hereby affirm that all information contained in this Application is true and accurate to the best of our knowledge and belief. Further, we hereby request that the original development and operating permits, as well as all supplemental permits issued to this site as listed in Attachment I, be transferred. In addition, the new owner(s) or operator(s) agree to abide by the terms and conditions of the previously issued permits.

## I. Current Site Identification

Current Site Name (as reflected in the most recent permit): Indiana Recycling (dba Illinois Recycling and Renewable Fuels)

IEPA BOL No.:0310455284

## II. New Site Identification

New Site Name (if desired): Chicago Heights Land Management

Address: 1301 South State Street                                                     P.O. Box:

City:Chicago Heights          State: IL Zip + 4: 60411-2907          County: Cook

Permit to be transferred: 2011-149-DE

## III. Transfer Information
○ Transfer of real property ownership only.
○ Transfer of operating rights only.
◉ Transfer of both ownership and operating rights.

## IV. Owner Information
Real property owner referred to in the current permit, i.e.,
Current Owner Name:                          New Owner Name:

Indiana Recycling (dba Illinois Recycling and Rene▓          Chicago Heights Land Management

| Type of Entity: | | Current Owner | New Owner |
|---|---|---|---|
| | Corporation (ILL) | ☐ | ☐ |
| | Government Body | ☐ | ☐ |
| | Individual | ☐ | ☐ |
| | Partnership | ☐ | ☐ |
| | Sole Proprietor | ☐ | ☐ |
| | Trust* | ☐ | ☐ |
| | Other: | ☑ | ☑ |
| | | Illinois Limited Liability Company | Illinois Limited Liability Company |

This Agency is authorized to require this information under Section 4 and Title X of the Environmental Protection Act (415 ILCS 5/4, 5/39). Failure to disclose this information may result in: a civil penalty of not to exceed $50,000 for the violation and an additional civil penalty of not to exceed $10,000 for each day during which the violation continues (415 ILCS 5/42). This form has been approved by the Forms Management Center.

IL 532-1859
LPC 352 Rev. 10/2012

| **Current Owner** | | **New Owner** | Page 2 of 4 |

Street Address: 21686 E. Lincoln Hwy.

Street Address: 17001 S. State Street

| Current Owner | | New Owner | |
|---|---|---|---|
| PO Box: | | PO Box: | |
| City: Lynwood | State: IL | City: South Holland | State: IL |
| Zip + 4: 60411 | Phone: 708-758-0877 | Zip + 4: 60473-2846 | Phone: 708-417-5796 |
| Contact: M.L. Smith, PE, Mgr. | | Contact: Robert Fox, Mgr. | |
| Email Address: | | Email Address: | |
| FEIN ID No. | | FEIN ID No. 26-1098897 | |

*Any person who knowingly makes a false, fictitious, or fraudulent material statement, orally or in writing, to the Illinois EPA commits a Class 4 felony. A second or subsequent offense after conviction is a Class 3 felony. (415 ILCS 5/44(h))*

M.L. Smith
_____
Printed Name:

Robert Fox
_____
Printed Name:

Manager
_____
Title:

Manager
_____
Title:

*[signature]* Milburn L. Smith
_____
Current Owner Signature       Date

*[signature]*       11/25/13
_____
New Owner Signature       Date

Who currently has legal title to the land? Chicago Heights Land Management, LLC

Explain, if necessary:       * The signatures of all beneficiaries of the trust must be provided. (Use Form LPC-PA9.)

## V. Operator Information

Current Operator Name:

Illinois Recycling & Renewable Fuels

New Operator Name:

Chicago Heights Land Management, LLC

| Type of Entity: | Current Operator | | New Operator | |
|---|---|---|---|---|
| Corporation (ILL) | ☐ | | ☐ | |
| Government Body | ☐ | | ☐ | |
| Individual | ☐ | | ☐ | |
| Partnership | ☐ | | ☐ | |
| Sole Proprietor | ☐ | | ☐ | |
| Trust* | ☐ | | ☐ | |
| Other: | ☑ | | ☑ | |
| | Illinois LLC | | Illinois LLC | |

| **Current Operator** | | **New Operator** | |

Street Address: 21686 E. Lincoln Hwy.

Street Address: 17001 S. State Street

| Current Operator | | New Operator | |
|---|---|---|---|
| PO Box: | | PO Box: | |
| City: Lynwood | State: IL | City: South Holland | State: IL |
| Zip + 4: 60411 | Phone: 708-758-0877 | Zip + 4: 60473-2846 | Phone: 708-417-5796 |
| Contact: M.L. Smith | | Contact: Robert Fox | |
| Email Address: | | Email Address: | |
| FEIN ID No. | | FEIN ID No. 26-1098897 | |

*Any person who knowingly makes a false, fictitious, or fraudulent material statement, orally or in writing, to the Illinois EPA commits a Class 4 felony. A second or subsequent offense after conviction is a Class 3 felony. (415 ILCS 5/44(h))*

M.L. Smith
_____
Printed Name:

Robert Fox
_____
Printed Name:

Manager
_____
Title:

Manager
_____
Title:

*[signature]* Milburn L. Smith   11/25/13
_____
Current Operator Signature       Date

*[signature]*       11/25/13
_____
New Operator Signature       Date

Page 3 of 4

## VI. Prior Conduct Certification (for disposal sites):

A. List all current certified operators of this site who have obtained prior conduct certification by Name and Log Number.

| Chief Operator's Name | PCC Log Number |
|---|---|
| | |

B. List all certified operators proposed for this site in this application by name:

| Chief Operator's Name |
|---|
| Illinois Recycling and Renewable Fuels, LLC |

C. The signatories of this application hereby affirm that the permit transfer requested by this application will not result in the violation of any of the prohibitions pursuant to the Prior Conduct Certification Regulations of 35 IAC 745.201 (refer to the instructions).

Is a copy of the legal transferring agreement attached?   ☐ Yes   ☑ No

**ATTACHMENT 1 TO FORM LPC-PA7**

| Permit Number | Date Issued | Operator Name | Owner Name | Brief Description of Permit |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |