# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| INDIANA RECYCLING & RENEWABLE FUELS LLC d/b/a ILLINOIS RECYCLING & RENEWABLE FUELS, ) ) ) ) Plaintiff, ) ) v. ) ) EARTH MANAGEMENT SERVICES OF ) ILLINOIS INC., CHICAGO HEIGHTS LAND ) MANAGEMENT INC., and ROBERT FOX, ) ) Defendants. ) | Civil Action No. 2:16-CV-272 JVB |

**ORDER**

This matter is before the Court on the parties' joint stipulation for an order granting Defendants' motion to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) and to dismiss Count II of Plaintiff's complaint with prejudice (DE 37). The parties previously stipulated to the dismissal of Count I, the only other count of the complaint.

In accordance with the parties' stipulation, the Court:

1. **GRANTS** Defendants' motion to dismiss (DE 16); and

2. **DISMISSES** Count II of the complaint with prejudice.

SO ORDERED on March 31, 2017.

    s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge